**MEMORANDUM OF REVIVED JUDGMENT**

Reserved for Recorder's stamp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, by its assignee SMS FINANCIAL RECOVERY SERVICES, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATTHEW H. SULLIVAN and )<br>BRIAN J. SULLIVAN )<br>)<br>Defendant. ) | Case No. 11-CV-5094<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Kim |

    On September 22, 2011, a judgment was entered in favor FIFTH THIRD BANK against the Defendant MATTHEW H. SULLIVAN and BRIAN J. SULLIVAN. The Judgment was **REVIVED** on March 15, 2024, in the original amount of $6,445.00, together with post-judgment interest from the date of the original judgment until satisfied. The last know address of the judgment debtors are:

MATTHEW H. SULLIVAN, 2220 Stratford Ave, Westchester, IL 60154
BRIAN J. SULLIVAN, 6500 248th Ave, Salem, WI 53168

    The Judgment was assigned by the original plaintiff and/or its successors to SMS Financial CH, LLC, whose address is 3707 East Shea Boulevard, Suite 100, Phoenix, Arizona 85028.

Entered:

_/s/ Robert W. Gettleman_
Honorable Robert W. Gettleman