**MEMORANDUM OF REVIVED JUDGMENT**

Reserved for Recorder's stamp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, by its assignee<br>SMS FINANCIAL RECOVERY SERVICES, LLC<br><br>      Plaintiff,<br><br>v.<br><br>MATTHEW H. SULLIVAN and<br>BRIAN J. SULLIVAN<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 11-CV-5094<br>)<br>) Judge Robert W. Gettleman<br>)<br>) Magistrate Judge Kim<br>) |

    On September 8, 2011, a judgment was entered in favor FIFTH THIRD BANK against the Defendant MATTHEW H. SULLIVAN and BRIAN J. SULLIVAN. The Judgment was **REVIVED** on March 15, 2024, in the original amount of $1,032,500.00, pursuant to 735 ILCS § 5/2-1602(d), together with post-judgment interest from the date of the original judgment until satisfied. The last know address of the judgment debtors are:

MATTHEW H. SULLIVAN, 2220 Stratford Ave, Westchester, IL 60154
BRIAN J. SULLIVAN, 6500 248th Ave, Salem, WI 53168

    The Judgment was assigned by the original plaintiff and/or its successors to SMS Financial CH, LLC, whose address is 3707 East Shea Boulevard, Suite 100, Phoenix, Arizona 85028.

    Entered:

    _____
    Honorable Robert W. Gettleman